UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| OSCAR VIVALDO and GUADALUPE ROJA MORALES, on behalf of themselves and all others similarly-situated, | : <br> : <br> : |
| Plaintiffs, | Civil Action No.: **14-cv-2636** <br> : **(GWG)** |
| -against- | : |
| UNITED TALMUDICAL ACADEMY OF KIRYAS JOEL, INC., and WOLF GLUCK, an individual, and, ARON SPITZER, an individual, | : <br> : <br> : <br> : |
| Defendants. | |

------------------------------------------------------------------------x

**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT, AND APPROVAL OF PROPOSED NOTICE OF SETTLEMENT AND CLASS ACTION SETTLEMENT PROCEDURE**

For the reasons set forth in the enclosed Memorandum of Law in Support of the Plaintiffs' Motion for Preliminary Approval of the Settlement, and Approval of Proposed Notice of Settlement and Class Action Settlement Procedure, and the enclosed Declaration of Jeffrey R. Maguire ("Maguire Decl."), and the exhibits attached thereto, Plaintiffs, on behalf of all Parties to this litigation, respectfully request that the Court:

(1) preliminarily approve the proposed Settlement Agreement, annexed to the Maguire Decl. as Exhibit A;

(2) approve the proposed Notice of Settlement, annexed to the Maguire Decl. as Exhibit B; and approve the proposed Claim Form and Release, annexed to the Maguire Decl. as Exhibit C;

(3) appoint Settlement Services, Inc. as the Claims Administrator for this settlement;

(4) approve the Parties' proposed schedule for the filing of a motion for final approval, for class members to file objections to the proposed settlement, and scheduling a fairness hearing; and

(5) enter the proposed Order attached to the Maguire Decl. as Exhibit D.

Dated: New York, New York
August 14, 2017

                                Respectfully submitted,

                                BORRELLI & ASSOCIATES, P.L.L.C.
                                *Attorneys for Plaintiffs*
                                655 Third Avenue, Suite 1821
                                New York, New York 10017
                                Tel.   (212) 679–5000
                                Fax.  (212) 679-5005

By: _____
        Jeffrey R. Maguire, Esq. (JM 1982)
        Alexander T. Coleman, Esq. (AC 1717)
        Michael J. Borrelli, Esq. (MB 8533)